FILED
CHARLOTTE, N. C.

JUN 30 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

IN RE: ) MISC. NO. 3:05MJ243
)
)
SEARCH WARRANTS ) ORDER SEALING SEARCH WARRANT
) AFFIDAVIT AND APPLICATION

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Search Warrants, Affidavits, and Applications, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Search Warrant Affidavit and Application, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 30th day of June, 2005.

_____
CARL HORN, III
UNITED STATES MAGISTRATE JUDGE