UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
IN COURT
CHARLOTTE, N. C.

AUG  3 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

IN RE:                              )     MISC NO.     3:05MJ243-1
                                    )                  3:05MJ243-2
                                    )                  3:05MJ243-3
                                    )                  3:05MJ243-4
SEARCH WARRANTS                     )
                                    )     ORDER TO UNSEAL
                                    )     SEARCH WARRANTS


UPON MOTION of the United States of America, by and through Gretchen C.F.

Shappert, United States Attorney for the Western District of North Carolina, for an order

directing that the affidavits and applications for search warrants in this cause be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant

investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the above-captioned case be unsealed.

This the _3rd_ day of August, 2005.

_Carl Horn, III_
CARL HORN, III
UNITED STATES MAGISTRATE JUDGE